MR. Ronald Lee Alexander SR.     12,025-02,03,04,
#830441              4F28B          05,06,07,08
Mark W. Stiles Unit
3060 Fm 3514
Beaumont, Tx 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

November 6, 2015

RE: Requesting all documents/writs/decision
files in cause no# 779738 from the
176th Dist. court in Ronald L. Alexander

Honorable Clerk

I Am requesting the deposition and decisions in all writs
that was filed in this court under cause no# 779738 -
from the 176th District court Judge Brien Rains, in Harris
County - Houston, Texas.
                    Thanks for your assistent!
                              Sincerely,
                              Ronald L. Alexander Sr.
                              #830441   stiles unit